# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  3:03CR141 |
| | | 3:06CV068 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| JOHN H. MAGUIRE, | | |
| | : | |
| Defendant. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations (Doc. #171) and noting that no objections have been filed thereto, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on August 11, 2006 (Doc. #171) is ADOPTED in full;

2. Petitioner's Objections (3:06CV00068, Doc. #169) to the Report and Recommendations filed on March 20,2006 (3:06CV00068, Doc. #162) are OVERRULED;

3. Petitioner's Motions to Vacate, Set Aside or Correct Sentence in case Number 3:06CV00068, Doc. #s 160, 167) and in Case Number (3:03crO0141, Doc. #s 160, 167, 171, 176) are DENIED;

4. John H. Maguire's Petitions for Writ of Habeas Corpus (Doc. #170 in both cases) are DENIED;

5. Petitioner's Motions to Admit Certain Documents (Doc. #168 in both cases) are DENIED as moot; and

6.        This case, Civil Case No. 3:06CV00068, is terminated on the docket of this Court.


September 11, 2006                              **s/THOMAS M. ROSE**

                                                Thomas M. Rose
                                                United States District Judge

Case: 3:06-cv-00068-TMR-SLO Doc #: 173 Filed: 09/11/06 Page: 2 of 2  PAGEID #: 54